# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 451 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FREDDY MCCUTCHEN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of May, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner is:

(1)     Though it granted permission to file a post-conviction petition *nunc pro tunc*, was the trial court powerless to correct what all parties agree was an unconstitutional mandatory life without parole sentence imposed on a juvenile?

The Prothonotary is directed to provide notice of this order directly to Freddy McCutchen who shall, within 30 days of this order, inform the Prothonotary whether he intends to proceed *pro se* or with the assistance of counsel.  If Petitioner elects to proceed with counsel, the Prothonotary shall forward this order and the underlying Petition for Allowance of Appeal to the pro bono coordinator for selection of counsel to represent Petitioner for purposes of the appeal.

The Prothonotary is further directed to provide a copy of this order to the Attorney General, who is invited to participate in this appeal as *amicus curiae*.